AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES THOMPSON | ) | Case No. |
|  | ) | Magistrate No. 20-1825 |
|  | ) | |
|  | ) | [UNDER SEAL] |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 17, 2020  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an unregistered firearm |

This criminal complaint is based on these facts:

   Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Marc Wilner
*Complainant's signature*

Special Agent Marc Wilner, ATF
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 09/04/2020

*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Maureen P. Kelly, United States Magistrate Judge
*Printed name and title*