IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
| --- | --- |
| v. | Magistrate No. 20-1825 |
| JAMES THOMPSON | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Marc Wilner, having been duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") and have been so employed since 2015.  Prior to my employment with the ATF, I was employed as a Probation Officer with the Allegheny County Court of Common Pleas from 2008 to 2015.  For over 6 of those years, I served with the High Impact Unit of the Probation Office.  This specialized unit dealt with probationers and parolees who had a high risk of recidivism, such as drug dealers, violent offenders and gang members.  I worked closely with the Pittsburgh Police Intelligence Unit (which tracked gang activity within the city of Pittsburgh) and the Allegheny County Sheriff's Office Fugitive Unit.  I participated in numerous searches during my time with the Probation office and many of them resulted in the seizure of firearms and narcotics.  I am currently assigned to the Pittsburgh Field Office of the ATF.

2.      I received extensive training at the Department of Homeland Security Criminal Investigative Training Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training at the Federal Law Enforcement Training Center.  This training lasted for over 6 months and covered topics including federal criminal statutes, interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, undercover techniques, search warrant applications, and various other investigative techniques.

3.      As a Special Agent with the ATF, I have experience and am responsible for investigating violations of federal laws.  Specifically pertaining to this request for a search warrant, I know through my training and experience that under Title 21 United States Code, Sections 841 (a)(1) and 841 (b)(1)(c), it is illegal to manufacture, distribute or dispense or possess with intent to distribute a controlled substance.

4.      The information contained in this affidavit has been obtained from a number of sources, to include conversations with police officers.

5.      I make this affidavit in support of an application in support of a criminal complaint charging JAMES THOMPSON with one count of possession of a unregistered firearm, in violation of 26 U.S.C. § 5861(d).

**PROBABLE CAUSE**

6.      On July 17, 2020, THOMPSON called police to his residence in Wexford, PA.

7.      THOMPSON told police that he had multiple weapons, including guns and knives.

8.      When police arrived on scene, THOMPSON walked out of the house and was standing in the street with an AR15 style rifle.  He was wearing a rifle vest and was threatening to use the gun.

9.      Ultimately, he was taken into custody.  The rifle was recovered, along with ammunition for the rifle.  The rifle was loaded.

10.     I examined the rifle and determined that it was a homemade short barrel AR-style rifle.  The barrel is less than 18 inches in length.

11.     The firearm was or could have readily been put in operating condition.

12.     The rifle was not registered to the defendant in the National Firearms Registration and Transfer Record.

13.     Based on the above, I have probable cause to believe that THOMPSON violated 26 U.S.C. § 5861(d).

The above information is true and correct to the best of my knowledge, information, and belief.

/s/ Marc Wilner
Marc Wilner
Special Agent, ATF

Sworn to before me *telephonically*
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
this 4th day of September 2020.

HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE
Western District of Pennsylvania