AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America </br> v. </br> _James Thompson_ </br> Defendant | ) </br> ) </br> ) Case No. 2:20-mj-1825 </br> ) </br> ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/22/2020

_James Thompson_
Defendant's signature

_Khasha Attaran_
Signature of defendant's attorney

Printed name and bar number of defendant's attorney

Signed by Judge Dodge with consent

Address of defendant's attorney

E-mail address of defendant's attorney

Telephone number of defendant's attorney

FAX number of defendant's attorney